IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | Criminal No. 25-MJ-3221-JDH |
| John Giarrusso, | |
| Defendant. | |

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States hereby moves this Court to unseal the complaint, supporting affidavit, and JS45. In support of this motion, the government states that the defendant was arrested on August 14, 2025, and there is no further need to keep these documents sealed.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   */s/ Jessica L. Soto*
　　　Jessica L. Soto
　　　Assistant U.S. Attorney

Date:  August 14, 2025